IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUKHAN MUMIN, | ) | 8:12CV34 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LYNN BEIDECK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Plaintiff Dukhan Mumin filed this matter on January 20, 2012, on behalf of himself and the United States of America. (Filing No. 1.) As set forth in 31 U.S.C. § 3730(b)(2), the United States shall have 60 days in which to inform the court whether it elects to intervene in this matter.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to send copies of the Complaint and this Memorandum and Order to the United States Attorney for the District of Nebraska, Deborah Gilg.

2. The United States Attorney shall have until **April 16, 2012**, in which to inform the court regarding whether it elects to intervene in accordance with in 31 U.S.C. § 3730(b)(2). This matter shall remain sealed, pending further order of the court.

3. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **April 16, 2012**: deadline for United States to inform the court of election to intervene.

DATED this 14th day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.